940

No. 78–998. ANDERSON, WARDEN v. STROBLE. C. A. 6th Cir. Motion of Wayne County Prosecuting Attorney for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–1095. KUMAR v. INGRAM, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 77–388. WASHINGTON ET AL. v. CONFEDERATED BANDS & TRIBES OF THE YAKIMA INDIAN NATION, 439 U. S. 463;

No. 78–5290. EZZELL v. LOS ANGELES COUNTY DEPARTMENT OF ADOPTIONS, 439 U. S. 1060; and

No. 78–5853. HUTTER v. FABER ET AL., 439 U. S. 1120. Petitions for rehearing denied.

No. 78–308. MOBAY CHEMICAL CORP. v. COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, 439 U. S. 320. Petition for rehearing denied. MR. JUSTICE BLACKMUN dissents.

No. 78–5359. JONES v. MORRIS, WARDEN, 439 U. S. 1090. Petition for rehearing and other relief denied.